No. 98–5253.  BAILEY *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 98–5254.  CUNNINGHAM *v.* BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION.  C. A. 9th Cir. Certiorari denied.

No. 98–5255.  O'DONNELL *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 98–5256.  ROTHEL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–5257.  ROLLER *v.* SIKES, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–5259.  PEAK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–5260.  SMITH *v.* WORTHINGTON ET AL.  C. A. 11th Cir. Certiorari denied.

No. 98–5261.  IWEGBU *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 98–5262.  NIELSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 98–5263.  IRICK *v.* TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 98–5264.  JACOB *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 98–5265.  ADAMS *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 98–5266.  AVILLA *v.* HAWAII DEPARTMENT OF HUMAN SERVICES.  Sup. Ct. Haw.  Certiorari denied.

No. 98–5267.  AYERS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.